# United States District Court
# Eastern District of New York

---

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

**18 CV 05284 JMA ARL**

1) indicated that this case is related to the following case(s):

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

**14 CV 03196 JMA ARL**