UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATIANA HERDOCIA and ENA SCOTT,<br><br>                Plaintiffs,<br><br>      v.<br><br>SOUTHERN GLAZER'S WINE & SPIRITS f/k/a SOUTHERN WINE & SPIRITS OF AMERICA, INC. and WINE, LIQUOR & DISTILLERY WORKERS UNION LOCAL 1D,<br><br>                Defendant. | Case No. 2:18-cv-05284-JMA-ARL |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT

      Please enter the appearance of Anjanette Cabrera as attorney for Defendant Southern Glazer's Wine and Spirits of NY (erroneously sued as "Southern Glazer's Wine & Spirits"), in the above-captioned action.

                                 Anjanette Cabrera
                                 acabrera@constangy.com
                                 Constangy, Brooks, Smith & Prophete, LLP
                                 620 Eighth Avenue, 38th Floor
                                 New York, New York 10018
                                 Telephone: (646) 341-6536

Dated: November 1, 2018

                                         By: *s/ Anjanette Cabrera*
                                                Anjanette Cabrera
                                                Constangy, Brooks, Smith & Prophete LLP
                                                620 Eighth Avenue, 38th Floor
                                                New York, New York 10018
                                                Telephone: (646) 341-6536
                                                Facsimile: (646) 341-6543
                                                E-mail: acabrera@constangy.com
                                                *Attorneys for Defendant Southern Glazer's*
                                                *Wine and Spirits of NY*

## CERTIFICATE OF SERVICE

I, Anjanette Cabrera, certify that on November 1, 2018, I filed the **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and served a copy of same by overnight Federal Express to the following:

| | |
|---|---|
| Tatiana Herdocia | Ena Scott |
| 153 E. Milton Street | 22 Arlington Avenue |
| Freeport, New York 11520 | St. James, New York 11791 |

                                      *s/ Anjanette Cabrera*
                                    ANJANETTE CABRERA