UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TATIANA HERDOCIA and ENA SCOTT,

                    Plaintiffs,

    *- against -*

SOUTHERN GLAZER'S WINE & SPIRITS, f/k/a
SOUTHERN WINE & SPIRITS OF AMERICA, INC.,
and WINE, LIQUOR & DISTILLERY WORKERS
UNION, LOCAL 1D,

                    Defendants.
-----------------------------------------------------------------X

**DECLARATION**

18-CV-5284 (JMA)(ARL)

STATE OF NEW YORK )
                          ) ss.:
COUNTY OF SUFFOLK )

    John Ray, Esq., being duly sworn, deposes and says:

    I am the attorney for the Plaintiffs in the above captioned action. Annexed hereto are copies of the following documents which are submitted in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss:

1. Exhibit 1 - Complaint in prior action, *Herdocia, et al. v. Southern Wine & Spirits of Amer., Inc, et al.* 14-cv-3196;
2. Exhibit 2 - "Joint Stipulation of Dismissal with Prejudice" dated May 11, 2017, so-ordered on May 22, 2017.

                                                              _____
                                                               John Ray, Esq. (JR5938)

Sworn to before me this
26th day of April, 2019

_____
NOTARY PUBLIC

THOMAS W. RALEIGH
Notary Public, State of New York
No. 02RA6181851
Qualified in Suffolk County
Commission Expires February 11, 2020

1