# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 11/7/2019     TIME: 1:45 PM     TIME IN COURT: 5 min (BK)

CASE: **Herdocia et al v. Southern Glazer's Wine & Spirits et al
2:18-cv-05284-JMA-ARL**

APPEARANCES:    For Plaintiff: John Ray

                       For Defendants: Keith Thorell, J. Warran Mangan

**FILED
CLERK**

3:12 pm, Nov 07, 2019

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further settlement conference is set for    with plaintiff and counsel present in person. No appearance required by defendants.
- ☒ Other: Parties are advised that the motion will be referred to Judge Lindsay.

In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that, *if* all parties consent, a United States magistrate judge of this court is available to: (1) conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment; or (2) conduct all proceedings and enter a final order on a particular motion. Attached are **blank** copies of the applicable consent forms that should be signed and filed electronically **only if** all parties wish to consent **and it is signed by all parties**. These consent forms may also be accessed at the following links:

http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf
http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085A.pdf

       **You may withhold your consent without adverse substantive consequences.**

       **DO NOT return or file a consent form <u>unless</u> all parties have signed the consent.**