

**RAY, MITEV & ASSOCIATES, LLP**
*New York Attorneys*

| MANHATTAN | *Killer Bees* | SUFFOLK COUNTY |
|---|---|---|
| 5 E. 22ND Street, 17TH Floor | | 122 North Country Road |
| At Broadway | | Miller Place, New York 11764-1430 |
| New York, New York 10010 | | 631-473-1000 |
| 1-866-88NYLAW | | |

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

April 14, 2020

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: Herdocia, Tatiana v. Southern Glazer's Wine & Spirits, et al.
   Civ. Dkt. No. 18-cv-5284 (JMA) (ARL)
   Our File No. 1663011N2418

Dear Judge Azrack,

 I am Plaintiffs' attorney. I write to seek an extension of time for Plaintiffs to file an Amended Complaint, on consent. I believe the deadline to do so was April 1, 2020. I request the extension because I have been stricken with the Coronavirus. I have suffered its consequences since late March. I have been unable to do legal work. Please forgive me. May I have a 60 day extension?

           Very truly yours,

           /s/

           John Ray, Esq.

JR:ms
cc: Keith Thorell, Esq. (via ECF)
   J. Warren Mangan, Esq. (via ECF)
   clients (via email)