

# JOHN RAY & ASSOCIATES
*New York Attorneys*

MANHATTAN
5 E. 22ND Street, 17TH Floor
At Broadway
New York, New York 10010
1-866-88NYLAW

*Killer Bees*

SUFFOLK COUNTY
122 North Country Road
Miller Place, New York 11764-1430
631-473-1000

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

September 23, 2020

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Herdocia, Tatiana v. Southern Glazer's Wine & Spirits, et al.
Civ. Dkt. No. 18-cv-5284 (JMA) (ARL)
Our File No. 166301lN2418

Dear Judge Azrack,

Please allow me to correct the date on my letter of September 18th: it is dated "9/18/19," whereas it should be "9/18/20," A typo.

Very truly yours,

John Ray, Esq.

JR:cs
cc: Keith Thorell, Esq. (via ECF)
J. Warren Mangan, Esq. (via ECF)
clients (via email)