

**JOHN RAY & ASSOCIATES**
*New York Attorneys*

MANHATTAN

5 E. 22ND Street, 17TH Floor
At Broadway
New York, New York 10010
1-866-88NYLAW

*Killer Bees*

SUFFOLK COUNTY

122 North Country Road
Miller Place, New York 11764-1430
631-473-1000

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

November 19, 2020

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re: Herdocia, Tatiana v. Southern Glazer's Wine & Spirits, et al.
> Civ. Dkt. No. 18-cv-5284 (JMA) (ARL)
> Our File No. 1663011N2418

Dear Judge Azrack,

I will have my Opposition Memorandum of Law to you before 12 pm today. We are completing the typing. I only pray that the court will be merciful and understanding as to my late submission, which is not my clients' fault.

Very truly yours,

John Ray, Esq

JR:sa
cc: Keith Thorell, Esq. (via ECF)
    J. Warren Mangan, Esq. (via ECF)
    Clients (via email)