UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TATIANA HERDOCIA and ENA SCOTT,   Case No. 2:17-cv-05435-RRM-ARL

          Plaintiff,

-against-   **AFFIRMATION OF SERVICE**

SOUTHERN GLAZER'S WINE & SPIRITS,
f/k/a SOUTHERN WINE & SPIRITS OF
AMERICA, INC., and WINE, LIQUOR
DISTILLERY WORKERS UNION, LOCAL 1D,

          Defendants.
-------------------------------------------------------------------X

I John Ray, Esq., declare under penalty of perjury that I have served a copy of the attached Report and Recommendation by Magistrate Arlene R. Lindsay upon Keith Thorell, Esq. (keith@kkks.com) and J. Warren Mangan, Esq. (ocmlawyers@aol.com), the Attorneys for Co-Defendants, via email. and via PACER.

Dated: June 30, 2021
      Miller Place, New York

Respectfully,

_____
John Ray, Esq.
John Ray & Associates
*Attorney(s) for Plaintiffs Tatiana Herdocia & Ena Scott*
122 North Country Road
Miller Place, NY 11764
(631) 473-1000
john@johnraylaw.com

To:

J. Warren Mangan, Esq.
*Attorney(s) for Defendant Wine, Liquor & Distillery Workers Local I-D UFCW, AFL-CIO*
New Rochelle, New York 10801

Keith R. Thorell, Esq.
*Attorney(s) for Defendant Southern Wine & Spirits of America, INC.*

1

Korshak, Kracoff, Kong & Sugano, LLP
1640 S. Sepulveda Boulevard, Suite 520
Los Angeles, CA 90025